# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Michael Benny Miller
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

Jacqueline B. Manecke
Miller & Miller
P. O. Box 1630
Crowley LA 70527-1630

## REHEARING ACTION: November 20, 2013

**Docket Number: 13   00471-WCA**

**VALERIE FABACHER**
**VERSUS**
**STINE, INC.**

**Appealed from Office of Workers' Compensation - # 4 Case No. 1003688**

**BEFORE JUDGES:**

>   Hon. John D. Saunders
>   Hon. Jimmie C. Peters
>   Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Valerie Fabacher** has this day been

>   **DENIED.**

cc: Christopher Paul Ieyoub, Counsel for the Appellant
    Matthew P. Keating, Counsel for the Appellant